2:06-cv-827-MHT

Page 2

RECEIVED

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2006 SEP 15  A 10: 00

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| United States District Court | District _Middle_ | |
|---|---|---|
| Name (under which you were convicted): _Thomas Mickey Savage_ | Docket or Case No.: | |
| Place of Confinement: _Montgomery County Detention Facility_ | Prisoner No.: _84966_ | |
| Petitioner (include the name under which you were convicted) _Thomas Mickey Savage_ | v. | Respondent (authorized person having custody of petitioner) _D. T. Marshall, Gina M. Savage, State of Alabama_ |
| The Attorney General of the State of _Troy King_ | | |

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _Circuit Court of Montgomery County, Alabama_

    (b) Criminal docket or case number (if you know): _____

2.  (a) Date of the judgment of conviction (if you know): _____

    (b) Date of sentencing: _____

3.  Length of sentence: _____

4.  In this case, were you convicted on more than one count or of more than one crime?    Yes ☐    No ☐

5.  Identify all crimes of which you were convicted and sentenced in this case: _Use of Defense Spray and Theft of Property, same charge_

6.  (a) What was your plea? (Check one)

    (1)    Not guilty ☑                        (3)    Nolo contendere (no contest) ☐

    (2)    Guilty ☐                              (4)    Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?_____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☐        Judge only ☑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☑  No ☐

8. Did you appeal from the judgment of conviction?

Yes ☐  No ☑

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    Yes ☐  No ☑

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐ No ☑

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☐ No ☑

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

       (2) Docket or case number (if you know): _____

       (3) Date of filing (if you know): _____

       (4) Nature of the proceeding: _____

       (5) Grounds raised: _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

         Yes ☐ No ☑

       (7) Result: _____

       (8) Date of result (if you know): _____

    (b) If you filed any second petition, application, or motion, give the same information:

       (1) Name of court: _____

       (2) Docket or case number (if you know): _____

       (3) Date of filing (if you know): _____

       (4) Nature of the proceeding: _____

       (5) Grounds raised: _____

       _____

       _____

       _____

       _____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐  No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐  No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:      Yes ☐  No ☑

(2) Second petition:   Yes ☐  No ☑

(3) Third petition:     Yes ☐  No ☑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: _Ineffective assistance of Counselor,_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _The Circuit Court of Montgomery County, Alabama appointed Aimee C. Smith, as Attorney at Law, on the 8-22-06, to represent the Petitioner, but, it appears from the face of the State of Alabama's Affidavit, Warrant of Arrest, Complaint, Indictment, that the Attorney are acting in concert with the Deputy District Attorney, Thomas Fields, Chris Colee, Kevin Davidson, State of Alabama judge, William A. Shashy,_

(b) If you did not exhaust your state remedies on Ground One, explain why: _____
_____
_____

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did **not** raise this issue in your direct appeal, explain why: _____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐  No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

to deprive the Petitioner of Life, Liberty, and the Pursuit of Happiness, thereby, due to the Respondent's Affidavit, upon which supported the Warrant of Arrest, Complaint, Indictment, are fatally defective, due to the Respondent's Affidavit consisted of nothing more than the Complainant's conclusion that the Petitioner, Thomas Savage, are named therein had perpetrated the described offense, that., the Petitioner sprayed the Victim Twice in the face with Dog Repellent while after stealing property from the Business. The Property was recovered in the Parking Lot. The Victim injuries were minor. The offense did occur in the City of Montgomery Montgomery County, and is in violation of Title 13A-6-27 against the peace and dignity of the State of Alabama, thereby, the Respondent's Affidavit has failed to set out any factual basis for such conclusion, thereby, there is no showing where., the Respondent established probable cause, due to the lacks of the amount of damage caused to the alleged victim, Curtis Watts, person, due to the lacks of representation of ownership of the alleged stolen Property, of the alleged victim, Curtis Watts, that bears the serial number and value of the alleged Property, that the Petitioner were accused of stealing, from the alleged victim, Curtis Watts, thereby, it appears on the face of the Affidavit, Warrant of Arrest, Complaint, Indictment, contain no degree of the charge, thereby,

1

how could the Petitioner's Attorney defend the
Petitioner when there is nothing to defend the
Petitioner of, thereby, the details of the offense
are nothing more than the Complainant's conclusion
that the individual named therein, Thomas Savage,
had perpetrated the described offense, without setting
out any factual basis for such conclusion, an moreover,
the Respondent has failed to setout the digest of the
code section to 130-6-27, an furthermore, there is
no such code section in the Alabama Title 1975
Code Section, thereby, there is a incorrect code
section on the face of the Warrant and Affidavit,
Complaint, —Indictment, thereby, there is nothing
on record in the Circuit Court of Montgomery County
, Alabama, that reflects that the Petitioner's Attorney,
Aimee C Smith, has filed a Motion for More Definite
Statement, seeking essential information to
adequately., defend, plead, for subspoena purpose, to
exercise capacity as Attorney at Law, in the
Petitioner best interest, pursuant to Art I, § 6, of the
State of Alabama Constitution of 1875, 1901, and the Sixth
Amendment to the United States Contitution, thereby,
the face of the Attorney, Aimee C. Smith, Letter that are
addressed to the Petitioner have clear indications of her
plan to make the Petitioner's motions fruitless, by the
Attorney failing to raise the claims and give oppositions

2

to the Respondent's unconstitutional., Affidavit, Warrant of Arrest, Complaint, -Indictment, so, that the trial Court Stenographer could not include the motions into record, an further, the Attorney, Aimee C. Smith, plan to take the Petitioner's questionnaire and used it in a vice manner against the Petitioner to cheat the Petitioner of Life, Liberty, and the Pursuit of Happiness, an furthermore, the Attorney plan on arguing on frivolous grounds for constitutional relief, an moreover, the Attorney plan on asking State Witnesses illrelevant questions, to the Petitioner's defense, including the constitutional question to the Circuit Court of Montgomery County, Alabama on whether the Circuit Court have subject-matter jurisdiction over the subject of the Affidavit, Warrant of Arrest, Complaint, -Indictment, when the Respondent has failed to produce a Certificate of Analysis, by a member of the Alabama Department of Forensic Sciences, that attested under oath that the alleged victim, Curtis Watts, suffered some type of damage caused by the Dog Repellent, thereby, the Respondent has offered no proof that any additional infromation was before V. C. Beeman, the State of Alabama Magistrate from which he could have reach an indepedent conclusion as to probable cause, thereby, the Attorney, Aimee C. Smith, has failed to

3

challenge the face of the fatally defective ., Affidavit, Warrant of Arrest, Complaint, —Indictment, thereby, the Respondent failure to produce a Certificate of Analysis, by a member of the Alabama Department of Forensic Sciences, thereby, the Respondent's Affidavit has caused a Domino — effect that defect the face of the Warrant of Arrest, Complaint, —Indictment, thereby, the Circuit Court of Montgomery County, Alabama lacks subject—matter jurisdiction over the Warrant of Arrest, Complaint, —Indictment, Affidavit, thereby, due to the Respondent has failed to bring or make its Affidavit on personal Knowledge of the incident in question, in accordance with the State of Alabama Constitution of 1901, thereby, the Circuit Court have no grounds for entertainment over the subject — matter of the Warrant of Arrest, Complaint, —Indictment, thereby, the face of the Respondent's Affidavit have a clear reflection that the Attorney, Aimee C. Smith, is a Knight of the —Invisible Law, acting as an Attorney at Law, to deprive the Petitioner of Life, Liberty, and the Pursuit of Happiness, thereby, due to the face of the Respondents —Indictment has failed to set out the nature of the charge, and the material element of the offense,

4

thereby, it is established by the State of Alabama Constitution of 1901, Laws required that the face of a Criminal —Indictment contain the nature of the charge and the material elements of the offense, so, that each Defendant, in a Criminal proceeding, could enjoy equal protection of the Law, Substantive due process of efficient —Indictment, to understand what he or she is accused of, to., defend, plead, and for subspoena purpose, prepare for trial defense, thereby, the real notice of the true nature of the charge is the first and most universally recognized requirement of due process, thereby, it is a essential requirement of the State of Alabama, to afford the Petitioner Substantive due process of efficient., Affidavit, Warrant of Arrest, Complaint, —Indictment in all Criminal proceedings, thereby, it is essential that the Respondent be required to produce a Certificate of Analysis, by a member of the Alabama Department of Forensic Sciences, that attested under oath that the victim, Curtis Watts, suffered some type of damage caused by the Dog Repellent, that the Petitioner were accused of spraying in the alleged victim face twice, an further, the Respondent shall produce representation of ownership of the alleged Property that were presumely stolen from Curtis Watts,

5

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Two:**

　　(1) If you appealed from the judgment of conviction, did you raise this issue?

　　　Yes ☐　No ☑

　　(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

_____

(d) **Post-Conviction Proceedings:**

　　(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

　　　Yes ☐　No ☑

　　(2) If your answer to Question (d)(1) is "Yes," state:

　　Type of motion or petition: _____

　　Name and location of the court where the motion or petition was filed: _____

_____

　　Docket or case number (if you know): _____

　　Date of the court's decision: _____

　　Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

　　(3) Did you receive a hearing on your motion or petition?

　　　Yes ☐　No ☑

　　(4) Did you appeal from the denial of your motion or petition?

　　　Yes ☐　No ☑

　　(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

　　　Yes ☐　No ☑

　　(6) If your answer to Question (d)(4) is "Yes," state:

　　Name and location of the court where the appeal was filed: _____

_____

　　Docket or case number (if you know): _____

　　Date of the court's decision: _____

　　Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____
_____

(e)  Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____
_____
_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____
_____

(c)  **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐  No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐  No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)  **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☐  No ☑

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐  No ☑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☐  No ☑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐  No ☑

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?     Yes ☐   No ☒

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?     Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☐  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *release the Petitioner from custody*

or any other relief to which petitioner may be entitled.

_____*N/A*_____
**Signature of Attorney (if any)**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____

_____ (month, date, year):

Executed (signed) on _____ (date).

_____*Thomas M. Savage*_____
**Signature of Petitioner**

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

\* \* \* \* \*