In the United States District Court
for the Middle District of Alabama
Northern Division

Thomas Savage,
   Petitioner,
  -Versus-
D.T. Marshall, et al.,
   Respondents.

Civil Action no.: 06-CV-827

RECEIVED
2006 SEP 26 A 9:19

"Written Objections"

The Petitioner come now with the Written Objections, to the Recommendation of the Magistrate Judge, to wit., the Magistrate Judge recommends dismissal without prejudice and prior to service of process, on page 1 of 4, of the Recommendation of the Magistrate Judge, thereby, the Petitioner have objections, to dismissal prior to service of process, thereby, due to the Petitioner are in Limbo with available State Court remedies for his grievance, thereby, the Montgomery County Court has not ruled on the Petitioner's Motion to "Clerical Error", Mistakes, filed on the 13th, 15th day of August, 2006, Motion for More Definite Statement, filed on the 20th, 29th day of August, 2006, Motion to Pre-Trial Investigation, filed on the 27th day of August, 2006, Motion to Quash, in an alternative Motion to Dismiss, filed on the 5th day of September, 2006, Motion to Withdraw, filed on the 15th day of September, 2006, Writ of Habeas Corpus, filed on the 15th day of September, 2006, thereby, the

In the United States District Court
for the Middle District of Alabama
　　　Northern　　Division

Thomas Savage,
　　Petitioner,
 - Versus -　　　　　　　　　Civil Action no. # 06-CV-827-MHT
J. Marshall, et al.,
　　Respondents.

RECEIVED
2006 SEP 26 A 9:19
S. HACKETT

Circuit Court Judge of Montgomery County, Alabama has failed to make a ruling on the Petitioner's aforemention Motions, Writ, thereby, the Circuit Court Judge has Pocket Vetoed the Petitioner's Motions, Writ, without affordable Substantive due process of the State of Alabama Constitution of 1875, 1901, thereby, the Circuit Court are prolonging the Petitioner's available State Court remedies for exhaustion of grievances, thereby, the Petitioner have no rights to available State Court remedies, thereby, the Petitioner have no rights under the law of the State of Alabama, thereby, it is clear indications in the Circuit Court Clerk's Office that reflects the Circuit Court Judge has Pocket Vetoed existing laws, which were enacted by the State of Alabama Legislators, thereby, the Motions that are existing laws, thereby, each Motions bears on it face a Rule or Rules of the Alabama Rules of Criminal Procedure, thereby, the Circuit Court

In the United States District Court
for the Middle District of Alabama
Northern Division

Thomas Savage,
    Petitioner,
-Versus-                              Civil Action no.# 06-cv-827-T
O.T. Marshall, et al.,
    Respondents.

RECEIVED
2006 SEP 26  A 9:19

judge of Montgomery County, Alabama have more authority than the President of the United States of America, thereby, the Court shall take this serious matter of deprivation of Life, Liberty, and the Pursuit of Happiness, without affordable Substantive due process of the State of Alabama Constitution, thereby, a judge should be faithful to the law and maintain professional competence in it. He should be unswayed by partisan interest, public clamor, or fear of criticism.

Wherefore, the Petitioner prays that the Court sustain the Petitioner's Written Objections, and withdraw its recommendation, due to the Petitioner could not exhaust his available State Court remedies, due to the Circuit Court judge has Pocket Vetoed the Petitioner's Motions, Writ of Habeas Corpus.
This the 24th day of September, 2006
                                     Thomas Savage
                                     Petitioner

"Certificate of Service"

hereby Petitioner served a copy of the Written Objections, upon Respondents Attorney, whose name is Troy King, whose address is 11 South Union Street, Montgomery, Address, zip code is 36104, by placing a copy of the same, into the U.S. Mail Service, for prompt service thereof, during this the 24th day of September, 2006,

Thomas Savage

Petitioners address
M.C.D.F.
P.O. Box 4599
Montgomery, Alabama 36103.

Booking no. #84966