In the United States District Court
for the Middle District of Alabama
Northern Division

Thomas Savage,
   Petitioner,
- Versus -                    Civil Action no. 06-CV-827-T
D.T. Marshall, et al.,
   Respondents.

"Motion to Clerical Errors, Mistakes"

RECEIVED 2006 OCT -3 A 9:48

The Petitioner come now with the Motion to Clerical Errors, Mistakes, pursuant to Rule 60(a)(b), Rule 12(c)(d)(e), of the Federal Rules of Civil Procedure, to wit:

the Court has made an error or mistake, by adopting the Magistrate judge's recommendation, when the Petitioner has clearly made colorful indications the reasons for his failure to exhaust State remedies, wherein the Petitioner's Written Objections, thereby, the Court set out a reason in accordance with the Constitution of the United States, thereby, the Court shall set out a reason for its overruling the Petitioner's Written Objections, so, the Petitioner could enjoy equal protection of the law, thereby, the Court has denied the Petitioner Substantive due process of the Constitution, within its official capacity, thereby, the Court shall set forth a reason

(1)
continued

In the United States District Court
for the Middle District of Alabama
Northern Division

Thomas Savage,
   Petitioner,
- Versus -
D.T. Marshall, et al.,
   Respondents.

Civil Action no.# 06-CV-827

RECEIVED
2006 OCT -3 A 9:48

for overruling the Petitioner's Written Objections, to allow the Petitioner a meaningfully, an adequate appeal proceeding, on the above styled cause, Writ of Habeas Corpus, thereby, the Court has subjected the Petitioner to a denial of the Great Writ, of Habeas Corpus Petition relief, within its official capacity, without affordden the Petitioner Substantive due process of the Constitution of the United States,

Wherefore, the Petitioner prays that the Court grant the Motion to Clerical Errors, Mistakes, for good cause shown,

                    Thomas Savage
                    Petitioner

This the 30th day of September, 2006.

(2)
End