IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE,      )<br>                     )<br>    Petitioner,  )<br>                     )<br>    v.               )<br>                     )<br>D.T. MARSHALL, et al., )<br>                     )<br>    Respondents.   ) | CIVIL ACTION NO.<br>2:06cv827-MHT<br>(WO) |

ORDER

It is ORDERED that the motion regarding clerical errors and mistakes (doc. no. 8) is denied.

DONE, this the 25th day of October, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**