In the United States District Court
for the Middle District of Alabama
      Northern     Division

Thomas Savage,
    Petitioner,
  -Versus-                    Civil Action no. #06-CV-827-MHT
J.T. Marshall, et al.,          06CV827-MHT
    Respondents.

RECEIVED
2006 OCT 30 A 9:46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

"Motion to Amendment"

The Petitioner comes now with the Motion to Amendment, pursuant to Rule 15(a), of the Federal Rules of Civil Procedure, amend to 9. on page 3, wherein the Petition for Writ of Habeas Corpus: That the Petitioner filed a State Writ of Habeas Corpus, into the Circuit Court of Montgomery County, Alabama but, the Circuit Court has failed to give the Petitioner acknowledgment of receipt of the Petitioner's Petition, filed with the Circuit Court, in June of this year. —In which the Petitioner still hadn't received a response yet, thereby, the Court shall withdraw its recommendation (Doc. no 4), that the Petitioner's Petition for Writ of Habeas Corpus (Doc. no 1) be denied because the Petitioner has failed to exhaust State remedies, Therefore, the Petitioner prays that the Court grant the Motion to Amendment, for good cause shown with leave to so, amend,

                                     Thomas Savage
This the 22nd day of October, 2006, "Petitioner"

"Certificate of Service"

Petitioner hereby served a copy of the Motion to Amendmend, upon Respondent's Attorney, whose name is Troy King, whose address is 11 South Union Street, Montgomery, Alabama zip code 36104, by placing a copy of the same, into the "U.S. Mail Service," for prompt service thereof, during this the 22nd day of October, 2006,

Thomas Savage
Petitioner

Petitioner's Address
M.C.D.F.
P.O. Box 4599
Montgomery, Alabama 36103

Booking no.#84966