IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-827-MHT |
| ) | |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the Motion to Amendment filed by the petitioner on October 30, 2006 (Court Doc. No. 10), in which the petitioner seeks to amend the procedural history of the instant petition to reflect his filing of a state petition for writ of habeas corpus, and as such filing does not affect the decision issued in this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 31st day of October, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE